**USPS Certified Mail Return Receipt (PS Form 3811)**

- Barcode: 73126
- Article Number: 9590 9402 3382 7227 4969 82
- Article Number (tracking): 7017 3380 0000 8682 8874
- A. Signature: *Howard Walker* — ☒ Agent
- B. Received by (Printed Name): HOWARD WALKER
- C. Date of Delivery: JAN 29 2018
- Addressed to: Midland Mortgage, [PO Box 268]806, Oklahoma City, OK 73146
- PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**U.S. Postal Service Certified Mail Receipt**

- Oklahoma City, OK 73126
- Certified Mail Fee: $3.45
- Extra Services & Fees:
  - Return Receipt (hardcopy): $2.75
  - Return Receipt (electronic): $0.00
  - Certified Mail Restricted Delivery: $0.00
  - Adult Signature Required: $0.00
  - Adult Signature Restricted Delivery: $0.00
- Postage: $0.50
- Postmark: 01/25/2018
- Tracking #: 7017 3380 0000 8682 8874
- Sent To: Midland Mortgage
- Street and Apt. No., or PO Box No.: PO Box 268806
- City, State, ZIP+4: Oklahoma City, OK 73146

EXHIBIT "A"

1/23/18

Midland Mortgage
Atten: DAC, P.O. Box 268806
Oklahoma City, OK 73146-8806

Executor
Thomas L. Stuessy
9413 S. 92nd East Ave.
Tulsa, OK 74133-5626

RE: Loan No# 55250900

ATTENTION ACCOUNTING DEPARTMENT

This letter is being written to request itemized accounting and accurate records of the mortgage servicing of above loan account. In addition, I would like to clarify all charges, debits, credits, transactions, escrow accounting, payments and records related to the servicing of this loan from origination to date.

This is a "Qualified Written Request (QWR)" under the Real Estate Settlement and Procedures Act, (RESPA)

Please send all relevant documents, disclosures, applications, promissory notes, assignments and transfers, riders, contracts, deeds of trust, each and every fee related to the loan, and any other documents that are relevant and in question as to its validity.

1.) A complete copy of my original loan underwriting file, as it was initially submitted to the lender and all closing documentation with disclosures, eg. TILA, GFE,
2.) Copies of all documents signed at closing this loan
3.) The name of the current mortgage holder, investor, beneficiary, trustee investor and legal mortgage holder with their name, address, city, state, zip code and email address.
4.) The current interest rate on this account and the index used at time of origination with lenders increased profit,
5.) The adjustment dates of each interest rate adjustment on this account, with the corresponding adjustment amount
6.) Who the current holder of the mortgage/deed of trust is, and their mailing address for process of service, along with a current telephone number.
7.) The date that the beneficiary acquired this mortgage and from whom it was acquired.
8. The date your Company began servicing the loan.
9. The previous mortgage servicer of the loan.
10. The monthly principal and interest payments,
11. A complete payment history of how the payments were applied, including the amounts applied to principal, interest, escrow, and other charges; please provide amortization schedules from beginning to current date.

12. The total amount due of any unpaid principal, interest, escrow charges, and other charges clue as of the date of this letter. Please separate and identify each amount due.
13. The total amount of principal paid on the account to current date;
14. The payment dates, purposes of payment and recipient of any and all foreclosure fees and costs that have been charged to my account;
15. A breakdown of all charges accrued on the account since the date of closing that includes but is not limited by, late charges, appraisal fees, property inspection fees, forced placed insurance charges, legal fees, and recoverable corporate advances.
16. A statement indicating which covenants of the mortgage and/or note authorize each charge.
17. All letter, statements and documents sent by agents, attorneys or representatives of your Company.
18. Front and back copies of all payment receipts, checks, money orders, drafts, automatic debits and written evidence of payments made by me or by others on the account.
19. Please provide a copy of all appraisals, property inspections, and risk assessments completed for this account and the names of your inspectors/appraisers.
20. Please provide a copy of all trust agreements pertaining to this account.
21. All electronic, transfers, assignments, sales obligation, mortgage, deed of trust, or other security instrument
22. A statement indicating the amount to pay this loan off in full as February 23, 2018.
23. Accountability and explanation of all late fees, foreclosure fees, penalties, foreclosure costs, attorney fees, with amounts and names of persons paid to along with their address and phone number

Your earliest response and compliance with RESPA laws codified as Section 26